M. AND G. CONSTRUCTION COMPANY AND HARRY J. MAX, RELATORS, v. BOARD OF COMMISSIONERS OF THE CITY OF JERSEY CITY ET AL., RESPONDENTS.

**Decided** October 21, 1926.

Zoning—Group of Garages in Residential District—Ordinance Limiting Number of Garages to Five Vehicles Held Not Unreasonable—Rule Discharged.

On rule for *mandamus.*

Before Justices PARKER, BLACK and CAMPBELL.

For the relators, *Egan & Armstrong.*

For the respondents, *Thomas J. Brogan* and *Charles Hershenstein.*

PER CURIAM.

This is a rule to show cause why a *mandamus* should not issue requiring the issuance to relators of a permit to erect a group of twenty-one individual garages on Vroom street, Jersey City, in a neighborhood largely residential and within one hundred feet of a church.

The zoning ordinance of Jersey City prohibits the erection of group garages for more than five vehicles if any part of such buildings, at the entrance of the same, lies within one hundred and fifty feet of a church.

We think that such a regulation is reasonable, and there is nothing in the facts of the present case to lead to a contrary view. *Hench* v. *East Orange,* 2 *N. J. Mis. R.* 510; *Portnoff* v. *Bigelow,* 133 *Atl. Rep.* 534; *Long* v. *Scott, Id.* 767; *N. J. Land Co.* v. *East Orange,* No. 237 of the present term.

The rule to show cause is therefore discharged, with costs.